

**Approved/ Denied/ Approved with Modifications**
**Confirmation**
**(NPP - Inpatient Hospitalization)**

---

### Member Information

| | |
|---|---|
| **Member Name:** KENSETH, DEBORAH A | **Product Type:** HMO |
| **Member Number:** ▓▓▓601 | **Benefit Package:** EHN5 |
| **Address:** 512 LEXINGTON BLVD | **Benefit Contract Number:** 7367 |
| FORT ATKINSON, WI 53538-1396 | **Transplant Pre-Existing:** YES |
| **Telephone:** 920-563-7358 | **Pre-Existing Condition:** NO |
| **Member DOB:** ▓▓▓1960 | **Pre-Existing Date From:** 12/31/9999 |
| **Member Age:** 45 | **Pre-Existing Date To:** 12/31/9999 |
| **Gender:** F | |
| **Group Name:** HIGHSMITH, INC. ACTIVE | **Group Number:** 15720 |
| **Subscriber Name:** KENSETH, DEBORAH A | **Subscriber Number:** ▓▓▓0601 |
| **PCP Name:** FORT HEALTHCARE DONALD BATES | **Phone:** |
| **Address:** | |

---

### Provider Information

**Referring Provider:** ST MARYS HOSPITAL MEDICAL CENTER - 67
**Address:** 707 S MILLS ST, MADISON, WI 53715
**Referred To Provider/Facility:** ST MARYS HOSPITAL MEDICAL CENTER - 67
**Address:** 707 S MILLS ST, MADISON, WI 53715
**Phone:** 608-251-6100
**Specialty:** HOSPITAL
**Provider is out of Network:** N
**Attending Physician:** HUEPENBECKER MD, PAUL E - 1198
**Specialty:** SURGERY
**Alternate Provider**



Number:

## Authorization Details

Authorization 12070500243
Number:

Authorization DENIED
Status:

Receipt Date: 12/07/2005

Date of Service 12/06/2005
From:

Date of Service To: 12/06/2005

Service Type: Inpatient
Hospitalization

Service Requested:

Third Party
Liability:

Advanced N
Directive on File:

Member
temporarily out of N
the area:

Procedure Code 1:

Procedure Code 2:

Procedure Code 3:

Dx Code 1: 537.0 ACQUIRED
HYPERTROPHIC
PYLORIC STENOSIS

Dx Code 2:

PC Level:

Claim Type:

Place of Service 1: 21 - INPATIENT

Service Class 1:

Place of Service 2:

Service Class 2:

Place of Service 3:

Service Class 3:

YTD Visits:

Hold Code 1: pl - (W)
AUTHORIZATION
PENDING

Hold Code 2: nr - (W)AUTH
DENIED OR PART
DENIED

Hold Code 3:

Penalty for lack of N
Prior Auth:

Pay Associated Y
Claims:

Processed Date: 12/07/2005

Denied Date of 12/06/2005
Service From:

Denied Date of 12/06/2005
Service To:

Number of Visits
Denied, if limited:

Primary Reason Not a covered
for Denial: benefit

Secondary Reason
for Denial:

Review Type: Concurrent review

Written Treatment N
Plan Requested:

Lab/X-Ray
Exclusion:

Admit Type: Medical / Surgical

If Medical (Info
OB / newborn):

Date Additional

Date Additional

| Info Requested: | Info Received: |
|---|---|
| **Additional Information:** | |
| **Response By DHP:** | Dean Health Plan has received information regarding your admission to St. Mary's Hospital for a surgical procedure that is related to a non covered benefit. Based on the information provided, your admission is denied at this time. As outlined in your Group Member Certificate and Benefit Summary, please refer to the section Inpatient Hospital: non covered services, number 5. Surgical Services, non covered services number 4 as well as the General Exclusions and Limitations section, number 28. Please be aware that complications related to a non covered benefit are excluded from coverage. Alternatives to consider include paying privately for these services or discussing other options with your physician. |
| **Send mail to Referring Provider:** | Y |
| **Attachments (Referring Provider):** | |
| **Send mail to Referred to Provider:** | Y |
| **Attachments (Referred to Provider):** | |
| **Send mail to Member:** | Y |
| **Attachments (Member):** | Grievance and Appeal Information |

## Medical Director/Dean Internal User Correspondence

| | |
|---|---|
| **From:** Medical Director Jean Breheny | **Date:** 12/07/2005 |
| **To:** | **Time:** 10:13:08 AM |
| **Request:** Patient is S/P Chole in '79 and vertical banding in '87. Presents now with gastric outlet obstruction. Adm. to SMH for correction. Please see Dr. Huepenbecker's clinic notes of 11/9/05 regarding information given to the patient. Can we deny this admission as it is a complication of a | |

none covered benefit?

**From:** Medical Director
Paul Reber
**To:** DHP UM
**Suggested** Denied
**Disposition:**
**Comments:** Complication of
noncovered
procedure.

**Date:** 12/07/2005
**Time:** 12:18:15 PM

Authorization is not a guarantee of eligibility or payment of benefits. Reimbursement will be made based on eligibility and benefits at the time service is rendered. Approval does not authorize payment of non-covered or exhausted benefits.

12/14/2007 11:58 FAX 0082301433     DDD FINANCE                                    ⌀004

Kenseth, Deborah A (MR # 40429281)

## Consultation

Deborah A Kenseth (MRN 40429281)

**Visit Information**

| Visit Information | Date & Time | Provider | Department |
|---|---|---|---|
| | 11/09/2005  1:00 PM | Paul E Huepenbecker, MD | West Surgery |

**Patient Information**

Kenseth, Deborah A [40429281]
512 LEXINGTON BLV
FORT ATKINSON, WI 53538

DOB                    ▮▮/1960               Female
Home Phone     920-563-7358
Work Phone      920-563-9571x385

**Transcription**

| Type | ID | Author |
|---|---|---|
| Consultation | 7635560 | HUEPENBECKER, PAUL E |

**Document Text**

DEAN MEDICAL CENTER
CONSULTATION REPORT
-
*Surgery Paul E. Huepenbecker, M.D.*

_____

PATIENT DATA:  DEBORAH KENSETH   40429281   PCL: 111901
AGE:  45Y              SEX:  F          DOB:  ▮▮/1960
DATE OF CONSULTATION:  11/09/2005
REQUESTING SOURCE:  Abigail M. P. Christiansen, M.D. -
Gastroenterology, West Clinic

The patient seen today in consultation at the request of Dr.
Christiansen. Deborah has a unique problem in that that she is
status post vertical banding gastroplasty approximately 20 years
ago. She developed a gastric outlet obstruction. She has been
seen by Dr. Christiansen for this problem and has undergone
dilatation of this stricture. She also at the same time was
noted to have severe esophagitis, likely secondary to the
gastric outlet obstruction. Deborah is seen today for further
evaluation of this problem. She notes that she is status post
cholecystectomy in 1979 but has had no other problems that are
present in terms of GI motility. She did undergo the vertical
banding gastroplasty by Dr. Yale in 1987. She as noted has lost
significant weight and kept this off. However, at this point she
is bothered by continued symptoms of reflux and chest pain. She
reports no other specific health problem.

Full review of systems is otherwise negative.

Past medical history reveals pneumonia. She also has undergone
vertical banded gastroplasty and cholecystectomy.

Current medications are Ortho-Novum, Lexapro and B12 shot.

Allergies are to codeine.

Family history is significant for breast carcinoma, diabetes,
heart disease and hypertension.

Socially the patient is a traffic analyst. She does not use
tobacco and little alcohol and daily soda. She enjoys
cross-stitching, reading, and cooking. Deborah is married.

Examination reveals Deborah to be healthy appearing and in no
distress. She is afebrile. There is no scleral icterus or
jaundice and no adenopathy of the neck. Chest is clear.
Abdominal examination reveals a well-healed incision with no
evidence of hernia or other abnormality. Extremity and
neurologic exams both were normal.



Kenseth, Deborah A (MR # 40429281)

## Consultation

Deborah A Kenseth (MRN 40429281)

I discussed options with Deborah. I told her that basically she has an expected problem after vertical banded gastroplasty that has been more apparent after many years have passed following this procedure. That problem specifically is stricture at the site of the Marlex band placed to regulate the size of the outlet of the "neo-stomach" created with the VBG. I told her that I certainly felt that this was amenable to revision and would simply require conversion to a roux-Y gastrojejunostomy. I further told her that I felt that this was a procedure which was widely done 20 years ago and was a covered benefit even by the Dean Health Plan until very recently. To that end I believe that this would be considered revision surgery and not bariatric surgery as the patient does not need surgery for weight loss. She simply needs a procedure to correct the situation which will continue to create increasing complications for her. I told her that in my opinion she should strongly consider conversion of vertical banded gastroplasty to roux-Y gastrojejunostomy. She is amenable to this and we will go ahead and arrange this at this point in time.

Thank you for allowing me to see this patient in consultation.

Paul E. Huepenbecker, M.D.  Surgery
PEH/kl   7635560                    DWSUR
DD: 11/09/2005
cc Medical Chart
cc Donald Bates, M.D
500 Edward St
Fort Atkinson WI 53538

This report is being sent to:  Abigail M. Christiansen, M.D.
??

??

??

??

11/09/2005
RE:  DEBORAH  KENSETH
40429281/111901
Page 2

Display transcription (7635560) on 11/9/2005 2:47 PM by HUEPENBECKER, PAUL E only

Referring
Provider   Abigail M Christiansen

P.02/06

**Dean Clinic**



**Dean**
Medical Center

1313 Fish Hatchery Road
Madison, WI 53715
(608) 252-8000

# ST. MARYS HOSPITAL
# AMBULATORY SURGERY CENTER INFORMATION

1. **The Ambulatory Surgery Center will call you or you may call them at (608) 258-6856 between 5:00 p.m. and 8:00 p.m. the day before your scheduled admission.** For an admission on Monday, St. Marys will call you or you may call them between 5:00 p.m. and 8:00 p.m. the Friday before your admission date. **This phone call will verify the time of your admission and the time of your surgery.** Admission time is 6:00 a.m. unless instructed otherwise.

2. **Do not drink or eat anything, including gum and hard candy,** after midnight the evening before your scheduled admission (unless instructed otherwise).

3. Bring a robe, non-skid footwear and personal items to the hospital.

4. The day of your admission first proceed to St. Marys Hospital Admissions on level A, then to the Ambulatory Surgery Center on the sixth floor.

5. Call your surgeon's office if you develop any of the following symptoms: rash, fever, cold symptoms, nausea, vomiting and/or diarrhea within 48 hours before your surgery.

6. No Aspirin, aspirin containing products or ibuprofen products should be taken for _7_ days prior to surgery. **(Tylenol may be taken.)**

7. It is the patient's responsibility to check on coverage whether prior authorization or pre-certification is needed prior to your surgery. It is also the patient's responsibility to check on coverage. **Please call your insurance company and let them know the date and type of surgery you are having.** If they need further information you may give them your nurse's phone number and they can call with questions.

Type of surgery _Roux revision of proximal gastric stenosis_
Date of Surgery _Tuesday 12/6_       Surgeon _Dr Paul Huepenbecker_
Date of pre-op H&P appointment _____ with Dr. _Bates_
at_____

If you have any questions regarding your Surgery, please call: _608- 824- 4681 Jan_

**For any questions regarding surgery _time_ see item # 1.**

B1019631 1/00

EXHIBIT
_Reber_
3
_TKW 5-22-08_

TRACS - Tracking & Reporting All Contacts (Version 9.1)

File   Find Customer   Issues   My Issues   Document Center   Imaging   Reports   Window   Help

KENSETH, DEBORAH A.   ( 0601)

| Issue | Issue Type | Category Type | Subcategory Type | Open Date | Close Date | Current Employee |
|---|---|---|---|---|---|---|
| 23 | Inquiry | Enrollment | Eligibility | 02/21/2006 | 02/21/2006 | MATTHEW MOODY |
| 21 | Inquiry | Claim | Status/EOP | 02/15/2006 | 02/16/2006 | KRISTEN TEMPLIN |
| 22 | Inquiry | Claim | Status/EOP | 01/31/2006 | 03/08/2006 | WENDY DENNIS |
| | | | | | | MATTHEW MOODY |

Contacts
Transfers
Details

| | Date | Initiator | Contact Type | Creator |
|---|---|---|---|---|
| | 11/19/2005 | Member | Phone | MAUREEN DETMER |

**Issue Text**

11/18/2005   MAUREEN DETMER

pgw 01 calling to advise that she is having an surgery  reconstructive
esophagus surgery at St Mary's Hosp on 120609 with Dr. Heupenbecker

**Resolution Text**

11/19/2005   MAUREEN DETMER

Verified benefits per SOB/MC. Advise have $300 co pay

Ready

start   TRACS - Tra...   Inbox - Micr...   NaviNet - Mi...   I-M-5-BLU - ...   Kenseth



EXHIBIT
Ruber
4
TKN 5.22.08

00405

12/14/2007 11:59 FAX 6082501453          DBU FINANCE                    Ø 008

Kenseth, Deborah A (MR # 40429281)

## OP/PROC Report

Deborah A Kenseth (MRN 40429281)

**Visit Information**

| | Date & Time | Provider | Department |
|---|---|---|---|
| Visit Information | 11/04/2005 9:00 AM | Abigail M Christiansen, MD | Scc Gastroenterology |

**Patient Information**

Kenseth, Deborah A [40429281]
512 LEXINGTON BLV
FORT ATKINSON, WI 53538

DOB                                    1960         Female
Home Phone    920-563-7358
Work Phone    920-563-9571x385

**Visit Summary**

Transcription

| Type | ID | Author |
|---|---|---|
| surgery center op notes | 7613625 | CHRISTIANSEN, ABIGAIL M |

**Document Text**

PREOP DIAGNOSIS:    Gastric outlet obstruction.
POSTOP DIAGNOSIS:    Injected with Kenalog, dilated to 13.5 mm.
OPERATION:        Upper endoscopy.

ANESTHESIA:

INDICATIONS FOR PROCEDURE:  Very pleasant lady who has had
gastric banding in the past.  She developed an outlet
obstruction and was dilated by myself probably a year ago, and
injected with Kenalog at that time.  She has been dilated twice
since then and neither of them seemed to have worked, and she
has developed severe reflux.  Obviously it is not based upon
gastric acid but is causing her severe pain.  She has tried
sucralfate without success.  She is here for repeat dilation and
injection.

Her past medical history is significant for some depression.
She takes Lexapro.  She is currently on amoxicillin to perhaps
decrease bacterial overgrowth in her gastric pouch.  She is on
Ortho-Novum, Imitrex p.r.n.  She has also had a cholecystectomy.

Physical exam:  Well-nourished, well-developed female in no
apparent distress.  Vital signs were unremarkable.  Lungs were
clear.  Heart had a regular rate and rhythm, normal S1, S2.
Abdomen was benign.  Mental status intact.

Risks, benefits, alternatives discussed.  Consent obtained.

PROCEDURE:  After sedation, the endoscope was passed on direct
visualization to the esophagus.  The esophagus has several
ulcers.  There is no stricture at the GE junction.  The gastric
pouch has a pouch off it interestingly enough in the superior
portion, and there is a very small gastric outlet.  It would
allow the passage of my scleral needle but very little else.
Total
4 cc was injected with 1 cc Kenalog total around the stoma, and
then the 13.5 mm TTS dilator was passed through the stricture,
and dilated.  This opened it up so I could pass through into the
gastric proper, and I can just enter the duodenal bulb but no
further because of the angulation.

IMPRESSION:  Severe esophagitis.  Gastric outlet obstruction
following a pouch surgery.  I am going to refer her to Dr.
Huepenbecker to see what we need to do.  It is becoming clear
that injecting her is going to be temporary at best, and perhaps
something more definitive should be undertaken.

Abigail M. Christiansen, M.D.                  SCC Digestive
Health Center
AMC/ust39
DD: 11/04/2005



EXHIBIT
Rebor
5
TK 5.22.08

12/14/2007 11:59 FAX 6082501453          DBO FINANCE                                    ☒007

Kenseth, Deborah A (MR # 40429281)

## OP/PROC Report

Deborah A Kenseth (MRN 40429281)

```
Doc ID:  7613625
cc Donald Bates, M.D.
Internal Medicine and Pediatrics
500 Edward Street
Fort Atkinson, Wisconsin 53538

??

??

??

??
```

Display transcription (7613625) on 11/4/2005 9:55 AM by CHRISTIANSEN, ABIGAIL M only

12/14/2007 11:58 FAX 6082501453          DBU FINANCE                    @002

Kenseth, Deborah A (MR # 40429281)

## Progress Note

Deborah A Kenseth (MRN 40429281)

| Visit Information | Date & Time | Provider | Department |
|---|---|---|---|
| | 11/01/2005 10:30 AM | Abigail M Christiansen, MD | West Gastroenterology |

| Patient Information | | | | |
|---|---|---|---|---|
| Kenseth, Deborah A [40429281] | | DOB | ████1960 | Female |
| 512 LEXINGTON BLV | | Home Phone | 920-563-7358 | |
| FORT ATKINSON, WI 53538 | | Work Phone | 920-563-9571x385 | |

| Transcription | Type | ID | Author |
|---|---|---|---|
| | Progress Note | 7595629 | CHRISTIANSEN, ABIGAIL M |

**Document Text**
-

Gastroenterology    Abigail M. Christiansen, M.D.

11/01/2005  DEBORAH  KENSETH        40429281
    DOB: ████1960    PCL: 111901
    SUBJECTIVE:  Deborah and her husband comes in because of her
gastric outlet stricture from her previous bariatric surgery.
She has also developed an interesting pouch off the side.  She
also has reflux probably of fermented acid back up her
swallowing tube with irritation that is causing her problems.
    I saw her a year ago at which time I dilated the outlet to
13 mm and injected with steroids and that seemed to last about 9
months.  She has seen Dr. Erickson twice the surgeon.  He
dilated her stricture, but did not inject steroids twice and it
did not last as long, and she is getting worse and worse chest
pain presumably from the acid reflux of the gastric pouch
contents from fermentation.  Sucralfate did not help that in the
past and she is really getting a lot of discomfort and the other
night she took a muscle relaxant which basically put her out to
sleep for a few hours, so she did not notice the reflux and the
reflux even occurs when she is sitting up straight.
    She saw Dr. Thomas Thue in Milwaukee on Latten Ave.  He
recommended continued dilatation with steroid injection rather
than revision or removal of the extra pouch that had developed
presumably due to propulsion forces.  The surgery could be
offered but it would be out of pocket because it would be
considered a complication of the prior bariatric surgery.
    ASSESSMENT/PLAN:  I discussed the 3 options with her.  One
is to just keep injecting and dilating, but even with steroids
the best we have been able to do is 9 months, and it may not
work as well in the future.  I do not know that it is going to
stop the reflux problem because the pouch is still going to be
there.  Two, surgical resection of the pouch and/or the banding.
That would require being paid out of pocket and she is worried
that if they let took it down she would gain the weight back
that she had lost initially.  Thirdly, is to do the new gastric
bariatric surgery, which probably would require an open surgery,
removal of the pouch, etc., and I do not know how possible that
would be in fact not being an expert in it, but I suggested we
do the following:
    1.  It sounds as if she needs to be dilated in any case with
steroid injections.
    2.  I would like her to try a liquid antibiotic on the
proposition that if we cut down on the bacterial content we
decrease the acid production and therefore the irritation to the
esophagus, but that might need to be done on an every monthly
basis.  She is not that impressed with sucralfate, but she can
always go back to it.
    3.  I would like her to see Dr. Huepenbecker so that she can
see whether or not this really does need to be considered
bariatric surgery or simply that it needs to be repaired and if
it will get paid for.  At this point she is feeling so miserable
she may decide to just pay for it herself however.  In any case,



12/14/2007 11:58 FAX 6082501453          DDU FINANCE                              @003

Kenseth, Deborah A (MR # 40429281)

## Progress Note

Deborah A Kenseth (MRN 40429281)

I will be seeing her again for the dilation.

Abigail M. Christiansen, M.D.  Gastroenterology DWGI
AMC/ust66    7595629      DD:  11/01/2005
cc: Donald Bates, M.D
500 Edward St
Fort Atkinson WI  53538

??

??

??

??

Display transcription (7595629) on 11/1/2005 11:23 AM by CHRISTIANSEN, ABIGAIL M only

KENSETH, DEBORAH
512 LEXINGTON BLV DOB ████1960
FORT ATKINSON, WI 53538
H 920-563-7358  W 920-563-9571x385
Date 11/9/05 Serv Prov 1198 HUEPENB
MRN 40429281 PCL 111901 DEAN CLINIC



**Dean**
HEALTH SYSTEM

## LATEX ALLERGY QUESTIONNAIRE

1. Do you have allergies (hay fever) or asthma? — Yes — (No)

2. Do you work in the healthcare field or another occupation in which you have regularly worn latex exam gloves? — Yes — (No)

3. Have you had hives, difficulty breathing, wheezing, sneezing or itchy eyes after being in contact with latex gloves? — Yes — (No)

4. Have you ever had an allergic reaction *during* surgery? — Yes — (No)

5. Do your lips swell or do you have problems with wheezing or chest tightness after blowing up a balloon? — Yes — (No)

6. Do you have genital swelling, itching or other allergic problems with the use of condoms or diaphragms? — Yes — (No)

7. Do you have unusual swelling or itching around your face, eyes and mouth, with any dental work? — Yes — (No)

8. Do you get a persistent local rash from wearing latex gloves, adhesive tapes, "Band Aids", or elastic bands from clothing? — Yes — (No)

9. Circle any foods listed below that cause hives, itching or an allergic reaction after eating: — Yes — (No)

avocado      banana      chestnut      kiwi      NONE

*Deborah Kenseth*                                    11/9/05
Patient's Signature                                  Date

**Please return this questionnaire to the nurse or physician involved with your care today. Thank You.**

——————————— Following For Clinic Use Only ———————————

Action Taken: _____

_____

_____

☒ No Action Needed

Date of Surgery: 12/6/05

Physician's Name: Dr. Huepenbecker          Phone #: 824-4681

Health care giver who reviews this information: Jayne R.     Title: _____

*This questionnaire was created by Dean Medical Center's Latex Task Force and reviewed and revised by physicians in Allergy and Dermatology.*

EXHIBIT
Reber
7
7/205-22-08

WHITE – Chart Copy          YELLOW – Dent Copy          PINK – SCC/Main OR/Proc Suites Copy

**000525**

DATE _December 6, 2005_

TIME _____0920_____ A.M.
                    P.M.

ST MARYS HOSP/MEDICAL CENT.

KENSETH, DEBORAH         I/P
0533200848   SUR 6916-01
▓▓▓▓1960 45Y F  12/06/05
HUEPENBECKER, PAUL 000450130

*(Cross out and initial any wording which is not applicable.)*

1) I hereby authorize Dr. _Paul Huepenbecker_
   his/her associates, designees or others as deemed appropriate, to perform upon

   _"myself"_
   **(Name of Patient or "Myself")**
   , the following procedure:

   _Bovy Revision of Proximal Gastric Stenosis_

   _____

   _____

   _____; and if any

   unforeseen condition arises in the course of the operation or the post operative period calling in his/her judgement for pro-
   cedures in addition to or different from those now contemplated, I further request and authorize him/her to do whatever
   he/she deems advisable, including transfusion of blood or blood products. The risks, alternatives and benefits of receiving
   blood and blood products have been explained to me.

2) I consent to the photographing or televising of the operations or procedures to be performed, including appropriate por-
   tions of my body, for medical, scientific or educational purposes, provided my identity is not revealed by the pictures or by
   descriptive texts accompany them.

3) I consent to the disposal by hospital authorities of any tissues or parts which may be removed.

4) The nature and the purpose of the procedure, possible alternative methods of treatment, the risks involved, and the possi-
   bility of complications have been fully explained to me. I acknowledge that no guarantee or assurance has been made as
   to the results that may be obtained.

5) I consent, authorize and request the administration of anesthetic, anesthetics and/or analgesics as are deemed suitable
   by the anesthesiologist, anesthesia assistants or surgeon for the performance of the operation or other procedure
   described above.

Signature of Patient: _Deborah Kenseth_

Signature of person
authorized to consent
for patient: _____

Relationship to Patient: _____

Reason for signing for Patient: _____

Witness: _____

**ST. MARYS HOSPITAL MEDICAL CENTER**
MADISON, WISCONSIN                    111564 (Rev. 03/04)



EXHIBIT
_Reber_
_8_
_TKP_ 5-22-08
PENGAD 800-631-6989

**Consent to Operation
or Other Procedure**

000524



**Dean**
H E A L T H   P L A N

12/8/2005

Authorization Number:   ~~12070500243~~     N
Status:        ~~Denied~~

DEBORAH A KENSETH
512 LEXINGTON BLVD
FORT ATKINSON WI 53538-1396

**Regarding:**          ~~DEBORAH A KENSETH~~
~~XXXXXXXXXXX~~
■■■1960

**Benefit Package:**     EHN5
**Diagnosis:**           ACQUIRED HYPERTROPHIC PYLORIC STENOSIS
**Written Treatment Plan Requested:**     No
**Referring Facility:**     ST. MARYS HOSPITAL MEDICAL CENTER
707 S MILLS ST
MADISON WI 53715
**Referred to Facility:**     ST MARYS HOSPITAL MEDICAL CENTER
707 S MILLS ST
MADISON WI 53715
**Service Type:**        INPATIENT HOSPITALIZATION
**Denied Date of Service**     **From:**   12/6/2005     **To:**   12/6/2005

This letter confirms denial of the requested services outlined within this
referral/authorization.

Dean Health Plan has received information regarding your admission to St. Mary's Hospital for
a surgical procedure that is related to a non covered benefit. Based on the information provided,
your admission is denied at this time. As outlined in your Group Member Certificate and
Benefit Summary, please refer to the section Inpatient Hospital: non covered services, number
5. Surgical Services, non covered services number 4 as well as the General Exclusions and
Limitations section, number 28. Please be aware that complications related to a non covered
benefit are excluded from coverage. Alternatives to consider include paying privately for these
services or discussing other options with your physician.

The above determination pertains only to a payment decision. The final decision to receive
services is  determined by the member and the provider.

Page 1 of 2



EXHIBIT
Mcmahon
9
TKN 5-22-08

Authorization Number:  12070500243

A copy of the criteria used in making this decision is available to you upon request.

A copy of this denied referral/authorization is being sent to the providers listed above. General questions regarding coverage or benefits should be directed to DHP Customer Service at (608)828-1301 or (800)279-1301.

If you have any questions about this determination, please contact Customer Service at (608)828-1301 or (800)279-1301. Because most questions can be answered informally, we encourage you to first try resolving any problem by talking to us. You also have the right to appeal this decision by filing a grievance. You have the right to submit written comments, documents or other information related to the grievance. After the internal grievance process is complete, you may also have the right to request an independent external review. However, if the matter is urgent in nature, you may be entitled to an expedited grievance and/or an independent external review. Please refer to the enclosed copy of the Complaint, Grievance and Independent External Review procedure. This procedure can also be found in your Member Certificate. You can also contact Customer Service at (608)828-1301 or (800)279-1301, or refer to our website WWW.DEANCARE.COM if you have any questions.

Sincerely,

Utilization Management Department

Attachments:

Grievance and Appeal - General and Medicare

Dean Health Plan, Inc   1277 Deming Way   Madison , WI 53717   Phone 608 836 1400   TDD 608 827 4086   www.deancare.com



**Dean**
HEALTH INSURANCE

June 14, 2006

Ms. Deborah Kenseth
512 Lexington Blvd.
Fort Atkinson, WI 53538

Re:      Deborah Kenseth
Subs. No.    ████████0601
Group No.    15720

Dear Ms. Kenseth:

This is in response to your complaint requesting reconsideration of payment for inpatient surgical services you received on December 6, 2005 at St. Mary's Hospital.

It is our decision to uphold the original processing of the claims as it has been determined that the inpatient surgical procedure is related to a non-covered benefit. This decision was based on review of claims information submitted to Dean Health Plan (DHP), which was reviewed by our Utilization Management Division.  Please find enclosed pages 32 and 33 from your Member Certificate and Benefit Summary which states as exclusion, *services or supplies related to a non-covered service, denied referral or prior authorization, or denied admission.*

If you disagree with the current disposition of your complaint, you may file a formal grievance. If you wish, you may be assisted or represented by another person of your choice.  Please refer to your Member Certificate and Benefit Summary which outlines the Complaint, Grievance and Independent External Review Procedure or you may contact our Customer Service Department at 608-828-1301 or 800-279-1301 for information regarding this process.  If you have any questions, please contact me at 608-827-4216 or 800-356-7344, ext. 4216.

Sincerely,
Dean Health Plan

Stephanie Kutzke
Complaint Resolution Coordinator

/sk

Enclosures



Dean Health Insurance, Inc.
P.O. Box 56099 • Madison, WI 53705 ▶ (800) 356.7344 ▶ (608) 836.1400 ▶ *fax* (608) 827.4212 ▶ 1277 Deming Way • Madison, WI 53717 ── Dean Health Plan, Inc.
Medicare questions (608) 827.4372 ▶ (888) 422.3326 ▶ *TTY* (877) 733.6456
www.deancare.com

# II. Commonly Asked Questions

*The following questions and answers may help you understand several important things about your Dean Health Plan coverage.*

**Q. In completing the application, I had to choose a clinic or primary care provider. What does that mean?**

A. A primary care provider can be a physician that is in an independent practice or you can choose an entire clinic, and use all of the physicians available in that clinic. You need to choose a primary care provider or clinic that is responsible for managing your health care needs. Whenever you need health care services, you should contact your primary care provider or clinic first. In most cases, your health care needs will be met by the primary care provider or clinic that you have chosen. Please contact the Customer Service Department at 1-608-828-1301 or 1-800-279-1301 if you would like to receive a current Provider Directory.

**Q. Can I change my primary care provider selection?**

A. Yes, you may change your primary care provider or clinic at any time. You must contact Dean Health Plan with your change or complete a new application prior to receiving services with the new provider or clinic that you have selected. When your primary care provider is part of a clinic, you may see any of the physicians in that clinic without changing your primary care provider and without needing a referral. You must always see a plan provider.

**Q. If I need to see a specialist, where would I go?**

A. Always contact your primary care provider or clinic first. If he or she determines that you should be seen by a specialist, one will be sought within the Dean Health Plan Network of plan providers with a referral request. Your primary care provider will help you obtain a written referral request. There are numerous area medical specialists affiliated with Dean Health Plan. This includes, but is not limited to, Dean Medical Center, one of the largest multi-specialty clinics in the nation.

Should you have an exceptional problem that cannot be addressed by a plan provider, a written referral request that has prior authorization from the Managed Care Division will be required. You must receive this authorization before services are obtained.

Please contact the Customer Service Department to obtain information on your prior authorization before your appointment with a non-plan provider or if you would like to receive a current Provider Directory.

**Q. Do I need a written referral from my primary care provider (PCP) to see a Dean Health Plan OB/GYN specialist?**

A. No written referral is needed. Female enrollees may see any Dean Health Plan OB/GYN specialist for covered obstetrics and gynecology benefits and services without obtaining a referral from their primary care provider (PCP).

**Q. Does it matter if the specialist to whom I am referred is a plan provider?**

A. Yes. You must see a plan specialist. Your primary care provider will write a referral request to another plan provider if it is necessary.

**Q. My primary care provider referred me to a non-plan provider. Do I have to contact Dean Health Plan before my appointment?**

A. Yes. In order for a referral request to be prior authorized, the primary care provider must submit the referral request, in writing, to the Managed Care Division prior to receiving the services. You will receive written notification from the Managed Care Division after the review of the referral request has been completed. If you have not heard from us prior to your appointment with a non-plan provider, call the Customer Service Department to verify if your referral request has been authorized. Referral requests are authorized for a provider at a specific site for a specific duration, and/or number of visits, whichever comes first. It is your responsibility to ensure that the referral request is still in effect when you see the non-plan provider.



00109

**Q. What if I see a provider who is a non-plan provider and I do not have a referral?**

A. Dean Health Plan will not cover any services that are provided by non-plan providers without a written referral request. This written referral request must be prior authorized by the Managed Care Division, before receiving the services. The only exceptions are in the event of an emergency or if you are out of the service area and are in need of urgent care. Please refer to the Emergency Care Section for additional information.

**Q. Who is responsible for making sure that the written referral request is sent to Dean Health Plan?**

A. It is the member's responsibility to ask the physician to submit the referral to Dean Health Plan.

**Q. If I receive a denial for certain services, what can I do?**

A. You have a right to appeal Dean Health Plan's decision. Please see the Complaint, Appeal, and Grievance Procedure Section of this Certificate for additional information.

**Q. How are students or dependents living out of the service area covered?**

A. Dependents who are living away from home outside the Dean Health Plan service area are covered for emergency medical problems that need immediate attention and urgent care. Routine care and any covered elective procedures provided by non-plan providers must be prior authorized by the Managed Care Division before receiving the services for the care to be covered. Please see "Out of Plan Coverage for Full-time Students" in the Specific Benefit Provisions Section for additional information.

**Q. My child is a full-time student. How can I ensure that my child will continue to receive coverage?**

A. If a qualified dependent is a full-time student covered under a family plan and has not reached the limiting age of a dependent as shown in your Schedule of Benefits, we will send a questionnaire to you each year. This form asks several questions so we can determine if your child is still eligible for coverage on your Policy. You must complete and return this form as soon as possible. If the questionnaire is not completed and returned, we will delete the student(s) from coverage under this Certificate. Claims would then be denied. It is in your interest (and that of your children) to notify your employer or payroll department if full-time

student status terminates. Failure to do so may result in the loss of continuation rights.

**Q. How do I obtain information to determine if a provider's charge for a service is within the maximum allowable fee?**

A. If you obtain services from a plan provider, maximum allowable fees do not apply. However, if you obtain covered services from a non-plan provider, you may obtain information about maximum allowable fees. Prior to having a service performed, obtain from your provider the procedure code(s) and the amount(s) the provider will charge. Then call the Customer Service Department at 1-800-279-1301 or 1-608-828-1301 and request information regarding maximum allowable fees. Within 5 days of receiving your request, we will advise you whether the service is covered and if it is subject to any Plan provisions (e.g., deductibles, copayments, maximum allowable fees or pre-existing conditions).

**Q. If I lose coverage through my employer due to termination of employment, divorce, dependent reaching limiting age or for other reasons, how can I continue to receive coverage?**

A. You may meet the eligibility guidelines of the State or Federal (COBRA) laws for group continuation. Please contact your employer and they will be able to assist you to determine if you are eligible. You may also contact Customer Service for assistance.

**Q. My primary care provider or specialist is no longer a plan provider. Can I still obtain services from my provider?**

A. If your primary care provider or specialist leaves the Plan in the middle of the contract or benefit Plan year, under certain circumstances you may be able to continue coverage with that provider for a limited period of time. See your Provider Directory Book and/or contact the Customer Service Department at 1-800-279-1301 or 1-608-828-1301 for additional information.

## *Prior Approval Process*

## Understanding the Referral Process

Members are required to choose a PCP or a primary clinic. In most cases your medical care can be provided by your PCP. However, you may need to obtain a written referral request to visit a specialist.

The referral process helps us to ensure you receive appropriate, high quality care in a cost effective manner.

*PLEASE NOTE!* As a DHP member, it is your responsibility to obtain a valid written referral request. Please keep in mind—a referral request does not authorize payment of non-covered or exhausted benefits. Services are subject to all benefit maximums, policy limitations, and eligibility requirements. Please refer to your Member Certificate and Schedule of Benefits for benefit limitations.

If you have any questions about the referral process or a specific referral, please contact our Customer Service Department.

*Q  What is a referral request and when is it needed?*

*A*  A referral request is a Dean Health Plan (DHP) form that is completed by your PCP and sent to DHP for review. It is needed when your PCP is recommending services by another provider who is not part of your primary clinic. Please be aware that a verbal request does not take the place of a written Referral Request Form and requests to non-plan providers must be approved by DHP before receiving services. Please see the "How Do I Get A Referral Request To A Non-Plan Provider?" section.

A referral request may be written by your PCP for up to a year. It may be limited to a specific number of visits or time period and expires when either limit is reached. For example, you may receive a referral for three visits to a specialist over the next three months. If only two visits were used and the three months have elapsed, the remaining visit is not approved. Or, if three visits were used in two months time, the referral is not valid for the remaining month. Before seeking additional health care services, your PCP should be contacted for subsequent referral requests.

The referral process also must be followed in situations where workers' compensation, motor vehicle insurance, etc. may be involved.



*Q  How do I get a referral request to a plan provider?*

*A*  In situations where your PCP recommends services that are not available at your primary clinic, he/she can refer your care to another provider within the DHP Provider Network. Your PCP will complete a Referral Request Form and send it to DHP for review. If the services are for a covered benefit, the referral will be processed as requested. You do not need to wait for confirmation from DHP before you go to your appointment or obtain services.

*Q  How do I get a referral request to a non-plan provider?*

*A*  In situations where your PCP recommends services with a provider who is not part of the DHP Provider Network, your PCP will complete the Referral Request Form and submit it to DHP for review. We will notify you of our decision by mail, and by phone if your request is urgent. If approved, you can then see the non-plan provider. If not approved, we will offer other options for treatment or providers.

Please note, only services that are not available with our plan providers are considered for approval for coverage with non-plan providers. You must wait to receive written notice that your request has been approved before seeing this provider. If you have not received written notice before your scheduled appointment, check with our Customer Service Department to avoid financial responsibility.

*Q  Are there services that do not require a referral?*

*A*  Written referrals are not required for the following types of services when provided by a Dean Health Plan Provider:

- Chiropractic care
- Diagnostic tests & respiratory therapy
- Durable Medical Equipment
- Home health
- Hospice Care
- MRI ( Magnetic Resonance Imaging)
- Services provided by an OB/GYN
- Oral surgery for covered procedures
- Routine vision care

*Q  If Dean Health Plan is my secondary insurance, do I still need a referral?*

*A*  Yes, in order for services to be covered, you must get a referral when necessary. This also applies to situations when another party may be liable for charges, such as workers' compensation or a liability insurance company in the case of an accident.





EXHIBIT

McMahon

13

TKD 5-22-08

# Prior Approval Process

## Urgent and Emergency Follow-Up Care

If you need urgent or emergency care, a referral request is not necessary, however, you need to observe the following guidelines for follow-up care:

### Inside Our Service Area:

Follow-up care is care you receive after the urgent or emergency condition has been stabilized. If you are in our service area, you are required to receive follow-up care from your PCP or another plan provider for claims to be considered for payment. If you need to receive follow-up care from another plan provider, please see the "How do I get a referral request to a plan provider?" section.

### Outside Our Service Area:

Follow-up care for an emergency or urgent condition by a non-plan provider must be approved by DHP before receiving services. Please see the "How do I get a referral to a non-plan provider?" section.

### Out of Area Care for Full Time Students

Please refer to your Member Certificate for information on full-time student out of area care or call our Customer Service Department.

## Pre-certification and Prior Authorization

Some of our policies, such as Point of Enrollment, Point of Service, and Triple Option plans, do not require you to obtain any referrals. However, there may be certain services for which your plan requires pre-certification or prior authorization. It is important to know the difference between these two procedures. Your Member Certificate and Schedule of Benefits will outline which services require pre-certification or prior authorization. These documents will also indicate if your policy will apply a penalty for not receiving the required pre-certification or prior authorization. It is important that you follow these guidelines appropriately to receive the most benefits from your policy.

### Pre-certification

If pre-certification is required by your policy, it would apply to all hospital and facility confinements. Pre-certification is done prior to your admission, preferably at least 10 business days. This process will allow us to review and approve your admission and determine the number of days to approve if you are being confined. Pre-certification is usually required for all admissions to a hospital, residential treatment center, nursing home, and any admissions to an outpatient surgical center for surgical procedures that are performed outside of the physician's office. If you are pregnant, please call our Customer Service Department for pre-certification as soon as your delivery date is known.

### Prior Authorization

If prior authorization is required by your policy, it would apply to various outpatient services that need our approval before you receive those services. This process allows us to review the services that are being requested and determine if they are the most medically appropriate and cost effective services available for your condition. Prior authorization is usually required for services such as certain prescription drugs (providing that your policy allows for prescription drug coverage), Durable Medical Equipment that exceeds $200 a month for rental or purchase, and certain services from plan or non-plan providers for members on the Point of Enrollment, Point of Service or Triple Option plans.

If you need a service that requires prior authorization and you have not heard from us regarding the approval, please contact our Customer Service Department before you receive these services. If you receive services that require prior authorization without our approval, those services may not be covered.

### Emergency and Urgent Care

Services provided for urgent or emergency care do not require pre-certification or prior authorization. However, we do ask that you contact our office by the next business day to inform us of the emergency.



Plan: EHN5, Contract 7367

# 2005 BENEFIT CHANGES

## THIS SECTION CONTAINS IMPORTANT INFORMATION ABOUT CHANGES TO YOUR PLAN BENEFITS.

The **benefits** where new copays/coinsurance amounts are being introduced or changed starting January 1, 2005, or on your group's 2005 benefit renewal, are:

- The MRI copay, and annual maximum copay, has been decreased.
- The emergency room copay will be waived when visit results in an inpatient admission.
- Growth hormones and Ceredase will be covered subject to your prescription drug benefits.

The following **benefits** have been added or changed:

- Hearing aid repairs.  Please see the "Hearing Services" provision, in subsection **General Medical and Diagnostic Services** for benefit information.
- Preventive treatment (immunizations) related to volunteering or education.  Please see the "Office Medical Care" provision, in subsection **General Medical and Diagnostic Services** for benefit information.
- Tobacco cessation.  Please see the "Tobacco Cessation" provision, in subsection **General Medical and Diagnostic Services** for benefit information.
- Prescription drug annual benefit maximum has been removed.
- Cochlear implants.  Please see the "Cochlear Implant" provision, in subsection **General Medical and Diagnostic Services** for benefit information.

EXHIBIT
Mcmahon
14
TKN 5-22-08

PENGAD 800-631-6989

2
00163