# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DEBORAH A. KENSETH,

    Plaintiff,

v.

DEAN HEALTH PLAN, INC.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-001-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____7/30/08_____
Date