**UNITED STATES DISTRICT COURT**

|                          |   |                          |
|--------------------------|---|--------------------------|
| Deborah A. Kenseth       | ) | Case No: 08 cv 0001      |
|                          | ) |                          |
| v.                       | ) |                          |
|                          | ) | Judge: Philip G. Reinhard |
|                          | ) |                          |
| Dean Health Plan, Inc    | ) |                          |
|                          | ) |                          |

## <u>ORDER</u>

Following further mediation with the attorneys for the parties by telephone, this Court was unable to resolve the case and it is returned to the assigned Judge.


Date: 10/16/2013
Electronic Notices.
JT