## UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Deborah A. Kenseth | ) | Case No: 08 cv 0001 |
| v. | ) ) ) | Judge: Philip G. Reinhard |
| Dean Health Plan, Inc | ) ) ) | |

### ORDER

Following further mediation with the attorneys for the parties by telephone, this Court was unable to resolve the case and it is returned to the assigned Judge.

Date: 10/16/2013
Electronic Notices.
JT

*Philip G. Reinhard*